IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANCO DELTA ASIA, S.A.R.L., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*, <br><br> Defendants. | Civil Action No. 1:13-cv-00333 (BAH) |

## DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

Defendants Financial Crimes Enforcement Network ("FinCEN"), Jennifer Shasky Calvery, Department of the Treasury, and Jacob J. Lew, by and through the undersigned counsel, and with the consent of Plaintiffs, hereby move for an extension of their deadline to respond to Plaintiffs' complaint.  In support of this motion, Defendants state as follows:

1. On March 14, 2013, Plaintiffs filed their complaint, which seeks review under the Administrative Procedure Act of 31 C.F.R. § 103.193 (subsequently renumbered as 31 C.F.R. § 1010.655), a final rule promulgated by FinCEN on March 19, 2007, pursuant to 31 U.S.C. § 5318A.

2. Plaintiffs served the United States Attorney's Office on July 3, 2013.  Pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants' responsive pleading is due September 3, 2013.

3. In addition to its complaint in this action, Banco Delta Asia separately filed an administrative petition to repeal the rule.  The parties have been in contact regarding this petition, and FinCEN anticipates providing a further response to Plaintiffs by August 23, 2013, at

which time it may request additional information regarding the basis and support for the petition. Because a ruling on the administrative petition may affect Plaintiffs' complaint, allowing the administrative process to reach completion prior to engaging in briefing on a motion to dismiss the complaint will serve to conserve judicial resources , the time of this Court, and expense to the parties.

4. Therefore, Defendants, with Plaintiffs' consent, respectfully request that their current deadline to respond to the complaint be extended to November 18, 2013.  Defendants expect that this extension of approximately 75 days would allow FinCEN to request any additional information from Plaintiffs regarding the petition, review the information received, and issue a final determination.

5. This is the first extension Defendants have requested in this action.  The Court has not scheduled any deadlines or hearings in this case, so the requested extension will have no other effects on the current schedule.

6. The undersigned has conferred with Mary Ellen Powers, counsel for Plaintiffs, who indicated that Plaintiffs consent to an extension to November 18, 2013.

7. A proposed order is attached.

Dated: August 14, 2013.             Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

 /s/ Scott Risner
SCOTT RISNER (MI Bar No. P70762)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.

Washington, D.C. 20001
Telephone: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

Counsel for Defendants