# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANCO DELTA ASIA, S.A.R.L., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*, <br><br> Defendants. | Civil Action No. 1:13-cv-00333 (BAH) |

## JOINT MOTION FOR STAY

Plaintiffs Banco Delta Asia ("BDA"), Delta Asia Group Ltd., and Stanley Au and defendants Financial Crimes Enforcement Network ("FinCEN"), Jennifer Shasky Calvery, Department of the Treasury, and Jacob J. Lew, by and through the undersigned counsel, hereby jointly move for a stay of this case. In support of this motion, the parties state as follows:

1. On March 14, 2013, plaintiffs filed their Complaint, which seeks review under the Administrative Procedure Act of 31 C.F.R. § 103.193 (subsequently renumbered as 31 C.F.R. § 1010.655), a final rule promulgated by FinCEN on March 19, 2007, pursuant to 31 U.S.C. § 5318A.

2. In addition to this action, BDA separately filed an administrative petition to repeal the rule. At FinCEN's request, BDA subsequently provided additional information regarding its petition, which FinCEN reviewed and the parties discussed at a meeting on November 8, 2013. Following the meeting, FinCEN sent a letter to BDA outlining a proposal for further action to be undertaken by BDA before FinCEN decides BDA's petition. BDA took this proposal under consideration.

3. Because of the complexity of the issues involved, the parties were not able to meet again until January 16, 2014. At this meeting, counsel for BDA responded to FinCEN with a counter-proposal, which FinCEN took under consideration.

4. On February 20, 2014, the parties met again and FinCEN explained to counsel for BDA its concerns with BDA's proposal. FinCEN and counsel for BDA discussed possible ways to address these concerns, including potential further action by BDA and third parties. While this discussion was highly productive, the parties agree that a substantial amount of time and effort by both BDA and FinCEN is still necessary to determine whether FinCEN's concerns can, in fact, be fully allayed and a mutually satisfactory resolution reached.

5. The parties anticipate that their discussions may resolve the current litigation. Staying the litigation as the parties attempt to reach resolution would conserve judicial resources, the time of this Court, and expense to the parties. Accordingly, the parties respectfully request that the Court stay or administratively close this case for the duration of the negotiations between BDA and FinCEN, or, in the alternative, for a period of one (1) year. The parties stand ready to offer regular status reports during the pendency of the stay, and will promptly inform the Court as soon as discussions have terminated. In addition, both parties reserve the right to move to lift the stay at any time during the course of the discussions.

6. The parties agree that the Court's action in staying and/or administratively closing the case is not intended in any way to waive or otherwise prejudice any rights or remedies available to BDA.

7. A proposed order is attached.

<table>
<tr><td>

Dated: February 27, 2014.

 /s/Mary Ellen Powers
Mary Ellen Powers
Timothy J. Finn
Christian G. Vergonis
Henry Klehm III

JONES DAY
51 Louisiana Avenue, N.W
Washington, D.C. 20001
Telephone: (202) 879-3939
Fax: (202) 626-1700
E-mail: mepowers@jonesday.com

*Counsel for Plaintiffs*

</td><td>

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

 */s/ Lynn Y. Lee*
LYNN Y. LEE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 305-0531
Fax: (202) 616-8470
Email: lynn.lee@usdoj.gov

*Counsel for Defendants*

</td></tr>
</table>