IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANCO DELTA ASIA, S.A.R.L., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FINANCIAL CRIMES ENFORCEMENT )<br>NETWORK, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:13-cv-00333 (BAH) |

**JOINT STATUS REPORT**

Plaintiffs Banco Delta Asia ("BDA"), Delta Asia Group Ltd., and Stanley Au and defendants Financial Crimes Enforcement Network ("FinCEN"), Jennifer Shasky Calvery, Department of the Treasury, and Jacob J. Lew, by and through the undersigned counsel, hereby state as follows:

1.  On March 14, 2013, plaintiffs filed their Complaint, which seeks review under the Administrative Procedure Act of 31 C.F.R. § 103.193 (subsequently renumbered as 31 C.F.R. § 1010.655), a final rule promulgated by FinCEN on March 19, 2007, pursuant to 31 U.S.C. § 5318A.

2.  Separately from this litigation, BDA also filed an administrative petition to repeal the rule. At FinCEN's request, BDA subsequently provided additional information regarding its petition, leading to an extended discussion between the parties through a course of several telephone calls and meetings over the past year. After reviewing the additional information and discussing it with BDA, FinCEN presented a proposal for further action to be undertaken by BDA before it would decide the petition, to which BDA responded with a counter-proposal. In

February of this year, after discussing how BDA might work to allay FinCEN's concerns, the parties jointly moved for a stay of the litigation to allow them to pursue these discussions and attempt to resolve the litigation.

3. This Court ordered the case to be stayed for one year, or until February 27, 2015, and directed the parties to submit a Joint Status Report on May 28, 2014, and every ninety (90) days thereafter, advising the Court of (1) the status of the parties' negotiations and (2) whether the stay should be lifted.

4. The parties have continued to discuss potential further action to be undertaken by BDA. On May 13, 2014, BDA provided additional information relevant to the addressing of FinCEN's concerns. The parties have tentatively agreed to meet during the second week of June to discuss next steps.

5. Accordingly, the parties respectfully submit that the stay should remain in effect.

Dated: May 28, 2014                    Respectfully submitted,

 /s/ Christian G. Vergonis             STUART F. DELERY
Mary Ellen Powers                      Assistant Attorney General
Timothy J. Finn
Christian G. Vergonis                  DIANE KELLEHER
Henry Klehm III                        Assistant Branch Director

JONES DAY                               /s/ Lynn Y. Lee
51 Louisiana Avenue, N.W               LYNN Y. LEE
Washington, D.C. 20001                 Trial Attorney
Telephone: (202) 879-3939              United States Department of Justice
Fax: (202) 626-1700                    Civil Division, Federal Programs Branch
E-mail: mepowers@jonesday.com          20 Massachusetts Avenue, N.W.
                                       Washington, D.C. 20001
*Counsel for Plaintiffs*               Telephone: (202) 305-0531
                                       Fax: (202) 616-8470
                                       Email: lynn.lee@usdoj.gov

                                       *Counsel for Defendants*