**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BANCO DELTA ASIA, S.A.R.L., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 1:13-cv-00333 (BAH) |
| | ) |
| FINANCIAL CRIMES ENFORCEMENT | ) |
| NETWORK, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STATUS REPORT

Plaintiffs Banco Delta Asia ("BDA"), Delta Asia Group Ltd., and Stanley Au and

defendants Financial Crimes Enforcement Network ("FinCEN"), Kenneth A. Blanco in his

official capacity as Director of FinCEN, the Department of the Treasury, and Steven T. Mnuchin

in his official capacity as Secretary of the Treasury, by and through the undersigned counsel,

hereby state as follows:

1.     On March 14, 2013, plaintiffs filed their Complaint, which seeks review under the

Administrative Procedure Act of 31 C.F.R. § 103.193 (subsequently renumbered as 31 C.F.R.

§ 1010.655), a final rule promulgated by FinCEN on March 19, 2007, pursuant to 31 U.S.C.

§ 5318A.

2.     Separately, BDA also filed an administrative petition to repeal the rule.  At

FinCEN's request, BDA subsequently provided additional information regarding its petition.

3.     After reviewing the additional information, FinCEN met with BDA to discuss

additional information provided by BDA relating to their petition and further steps that would

facilitate a final decision by FinCEN.  Because it was clear that these steps and follow-up

discussions would take a considerable amount of time and effort on both sides, the parties jointly

moved for a stay of the litigation to allow them to attempt to resolve the litigation.

4.     The Court granted the parties' motion and ordered the case to be stayed for one

year.  During that time the parties continued their discussions in mutual good faith and conferred

regularly via telephone, letter, and in-person meetings, as documented in the parties' status

reports and joint motion to extend the stay (ECF Nos. 19, 20, 21, 22).  On February 23, 2015, the

Court extended the stay for an additional year.

5.     During the following year, the parties focused their discussions on FinCEN's

questions regarding an audit report of BDA's anti-money laundering ("AML") practices that was

presented in support of BDA's petition and the possibility of an additional, supplementary audit

by a different firm that could more fully address FinCEN's concerns.  BDA reached an

agreement with one firm and submitted its proposal to FinCEN.  After further discussion and

exchange of information, FinCEN tentatively agreed to the proposed supplementary audit,

contingent on certain revisions being made to the proposal.  *See* ECF Nos. 23, 24, 25, 26 (status

reports and joint motion to extend stay).  On February 26, 2016, the parties requested, and the

Court granted, a further extension of the stay for an additional year.

6.     In the spring of 2016, FinCEN accepted a revised proposal from BDA for the

contemplated supplementary audit.  Pursuant to their agreement, the consultant and BDA worked

to recover data from the Bank's systems.  As noted in the parties' status reports, this process took

longer than anticipated due to several factors, including the age and complexity of certain data.

*See* ECF Nos. 27, 28, 29, 31 (status reports and joint motion to extend stay).  On February 22,

2017, the parties requested, and the Court granted, a further extension of the stay for another

year.

2

7.      Over the course of 2017, the consultant continued to work with BDA to retrieve and reconcile historic customer information and transaction data, and completed the reconciliation work in early 2018.  *See* ECF Nos. 32, 33, 34, 35 (status reports and joint motion to extend stay).  In order to allow sufficient time for the consultant to complete the next phase of review, including interviews of BDA management and transaction testing, and to complete its final audit report, the parties requested, and the Court granted, a further extension of the stay for another year, or until February 28, 2019.

8.      In the last quarter, the consultant has concluded its testing work and is now working on a draft report.  Counsel for BDA anticipates that the report will be finalized in the next ninety (90) days.

Dated: August 27, 2018

 /s/Henry Klehm III
Mary Ellen Powers
Timothy J. Finn
Christian G. Vergonis
Henry Klehm III

JONES DAY
51 Louisiana Avenue, N.W
Washington, D.C. 20001
Telephone: (202) 879-3939
Fax: (202) 626-1700
E-mail: mepowers@jonesday.com

*Counsel for Plaintiffs*

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

 /s/ Stuart J. Robinson
STUART J. ROBINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*