# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANCO DELTA ASIA, S.A.R.L., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FINANCIAL CRIMES ENFORCEMENT ) <br> NETWORK, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:13-cv-00333 (BAH) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Banco Delta Asia ("BDA"), Delta Asia Group Ltd., and Stanley Au and Defendants Financial Crimes Enforcement Network ("FinCEN"), Kenneth A. Blanco in his official capacity as Director of FinCEN, the Department of the Treasury, and Steven T. Mnuchin in his official capacity as Secretary of the Treasury, stipulate to the dismissal with prejudice of this action in its entirety.

Dated: August 12, 2020                                                       Respectfully submitted,

 /s/ Mary Ellen Powers                                                       ETHAN P. DAVIS
Mary Ellen Powers                                                             Acting Assistant Attorney General
Timothy J. Finn
Christian G. Vergonis                                                         DIANE KELLEHER
Henry Klehm III                                                               Assistant Branch Director

JONES DAY                                                                     /s/Stuart J. Robinson
51 Louisiana Avenue, N.W                                                      STUART J. ROBINSON
Washington, D.C. 20001                                                        AMY E. POWELL
Telephone: (202) 879-3939                                                     KEVIN SNELL
Fax: (202) 626-1700                                                           Attorneys
E-mail: mepowers@jonesday.com                                                 United States Department of Justice
                                                                              Civil Division, Federal Programs Branch
*Counsel for Plaintiffs*                                                      450 Golden Gate Ave.
                                                                              San Francisco, CA 94102

Telephone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Defendants*